IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: AMANDA FRIZELL MALBRY                      CASE NO.09-1422JEE

RESPONSE TO OBJECTION TO CONFIRMATION

COMES NOW, Debtor, Amanda Frizell Malbry, by and through counsel and files this, his Response to Objection to Confirmation filed by the Trustee and in support thereof would show unto this Honorable Court, the following things, to-wit:

1.

The debtor admits the averments of paragraph one of the Objection.

2.

The debtor denies the averments of paragraph two of the Objection.

3.

The debtor denies the averments of paragraph three of the Objection.

4.

The debtor denies the averments of paragraph four of the Objection.

5.

The debtor denies the averments of paragraph five of the Objection.

6.

The debtor denies the averments of paragraph six of the Objection.

7.

The debtor denies the averments of paragraph seven of the Ojection.

8.

The debtor denies the averments of the unnumbered paragraph of the Objection, commencing with the words, "WHEREFORE, PREMISES CONSIDERED".

Wherefore, Premises Considered, Debtor respectfully requests that this honorable Court dismiss this Objection.

Respectfully submitted

Amanda Frizell Malbry

BY:    /s/ Tylvester Goss
         TYLVESTER GOSS

DAVIS, GOSS & WILLIAMS
1441 Lakeover Rd.
Jackson, MS  39213
(601) 981-2800
Bar No. 4920

## CERTIFICATE OF SERVICE

I, Tylvester Goss do hereby certify that I have this date Electronic filed / and or delivered via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing Response to the to Confirmation to the following persons:

    Hon. Harold J. Barkley, Jr.
    Post Office Box 4476
    Jackson, MS 39296-4476

    U.S. Trustee
    100 W. Capitol Street
    Suite 706
    Jackson, MS 39269

This the 10th day of June 2009

    /s/ Tylvester Goss
    TYLVESTER GOSS