# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                      **Case No.** 09-01422-ee

Amanda Frizell Malbry                                                          **Chapter** 13

To:   Jeff D. Rawlings, Attorney for Movant
      Tylvester O. Goss, Attorney for Debtor
      Harold J. Barkley, Jr., Trustee

## ORDER TO SHOW CAUSE

**TO THE ABOVE NAMED ATTORNEYS:**

**YOU ARE HEREBY ORDERED TO APPEAR** on, **Monday, January 20, 2010**, at **2:00 p.m.**, in the Bankruptcy Courtroom, Room 106, 100 E. Capitol Street, Jackson, Mississippi, to show cause why disciplinary sanctions should not be imposed pursuant to Uniform Local Rule 17 for failure to submit the appropriate order or judgment resulting from that certain hearing held in the above referenced matter on November 2, 2009, at 1:30 p.m., on the Motion to Abandon Collateral and Lift Stay and Co-Debtor Stay (Dkt. #33).

   **SO ORDERED,**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: January 6, 2010